```
1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, CA 95354
3  Telephone:    (209)544-0200
4  Fax:          (209)544-1860

5  Attorney for Defendant
   IVAN ABREO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 1:11-CR-00204-AWI
                                 )
12      Plaintiff,                )
                                 ) STIPULATION AND ORDER
13                               ) CONTINUING STATUS CONFERENCE
   v.                            )
14                               )
   IVAN ABREO et al,             )
15                               )
        Defendants.              )
16                               )
                                 )
17                               )
                                 )
18 _____ )

19
```

20    The defendants: 1)IVAN ABREO, through his attorney ROBERT
21 L. FORKNER, together with the United States of America through
22 its undersigned counsel, KATHLEEN SERVATIUS, Assistant United
23 States Attorney, hereby stipulate and request the following:
24    1. That the Status conference presently set for June 11,
25 2012 be vacated and rescheduled for Monday, June 25, 2012 at
26 10:00 a.m. in Courtroom 2 before the Honorable Chief Judge,
27 Anthony W. Ishii.
28

                         STIPULATION AND ORDER

                                - 1 -

2. Defense counsel will be out of town on a pre-planned and prepaid family vacation.

3. There are ongoing negotiations between the defense and government counsel.

4. The defense requests additional and adequate time to discuss all of the options with his client.

5. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated: June 5, 2012         /s/ Robert L. Forkner
                            ROBERT L. FORKNER
                            Attorney for Defendant
                            IVAN ABREO

Dated: June 5, 2012         BENJAMIN B. WAGNER
                            United States Attorney


                            by: /s/ KATHLEEN A. SERVATIUS
                            Assistant United States Attorney

```
1
2   ROBERT L. FORKNER (CSB# 166097)
    Law Offices of Robert L. Forkner
3   722 Thirteenth Street
    Modesto, CA 95354
4   Telephone:      (209)544-0200
    Fax:            (209)544-1860
5
    Attorney for Defendant
6   IVAN ABREO
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
                                    ) Case No.: 1:11-CR-00204-AWI
    UNITED STATES OF AMERICA,       )
12                                  )  ORDER TO
              Plaintiff,            )  CONTINUE STATUS CONFERENCE
13                                  )
         vs.                        )
14                                  )
    IVAN ABREO et al,               )
15                                  )
              Defendants.           )
16
17
         GOOD CAUSE APPEARING, it is hereby ordered that the June 5,
18
    2012 Status Conference be continued to June 25, 2012 at 10:00
19
    a.m.  I find that the ends of justice warrant an exclusion of
20
    time and that the defendant's need for continuity of counsel and
21
    reasonable time for effective preparation exceeds the public
22
    interest in a trial within 70 days.  THEREFORE IT IS FURTHER
23
    ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)
24
    (7) (B) (iv) from the date of this order to June 25, 2012.
25
26
    ///
27
    ///
28
                            STIPULATION AND ORDER
                                   - 3 -
```

IT IS SO ORDERED.

Dated: June 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE