**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JOSEPH NICHOLS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00204-AWI |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JOSEPH NICHOLS, | **AND** |
| Defendants. | **O R D E R** |

TO: THE UNITED STATES DISTRICT COURT AND TO THE UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 27, 2012, at 10:00 a.m., be continued to September 17, 2012, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

 Informal Objections to be served on or before August 27, 2012.

 Formal Objections to be filed on or before September 10, 2012.

This continuance is requested by counsel for Defendant, JOSEPH NICHOLS, due to the fact that counsel needs additional time prepare informal objections to the probation report. Specifically, counsel for Defendant was out of the office from July 24, 2012 through August 3, 2012, and was

1 | unable to meet with Defendant prior to August 6, 2012, the date the informal objections are due.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KATHLEEN SERVATIUS, who has no objection to this continuance.

Dated: August 6, 2012                Respectfully Submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

---
MARK W. COLEMAN
Attorney for Defendant,
JOSEPH NICHOLS

Dated: August 6, 2012.               UNITED STATES ATTORNEY'S OFFICE

/s/ KATHLEEN SERVATIUS

---
KATHLEEN SERVATIUS
Assistant U.S. Attorney

* * * * * * *

**O R D E R**

IT IS SO ORDERED.

Dated:  ___August 6, 2012___
                                     CHIEF UNITED STATES DISTRICT JUDGE